**Order entered May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00950-CR

**THOMAS J. ELLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-70570-C**

## ORDER

The Court **REINSTATES** the appeal.

On April 12, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeffery Buchwald; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) appellant's brief will be filed within thirty days of the April 15, 2016 findings.

We **ORDER** appellant to file his brief by **MAY 20, 2016**.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/     LANA MYERS
JUSTICE